**Nasser U. Abujbarah (026182)**
The Law Offices of Nasser U. Abujbarah
7025 E. McDowell Road, Ste. 9
Scottsdale, Arizona 85257
Office: (480) 776-6846
Fax: (480) 776-6847
Email: Nasser@nualegal.com
*Attorney for Debtors*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In re:

Michael S. Donohue,

    Debtors.

) In Proceedings Under
)
) Ch. 11
)
) Case No.: 2:10-bk-02446-RTB
)
) **BALLOT REPORT**
)
)
)
)
)
)

| Creditor | Class | Accept/Reject | Proposed Treatment |
|---|---|---|---|
| AZDOR | 1-C | Accept | Payment plan, taxes not dischargeable until completion. Terms to be incorporated into SOC |
| Wells Fargo | 2-F | Accept | Avoidance of lien upon completion of plan and entry of discharge. Claim to be treated as unsecured under Class 3. |

| | | | |
|---|---|---|---|
| Aurora | 2-C | Accept | $63,000 @ 5.25% over 30 years with loan remained escrowed. |

RESPECTFULLY SUBMITTED this 9th day of February 2011.

**The Law Offices of Nasser U. Abujbarah**

/s/ Nasser U. Abujbarah

Nasser U. Abujbarah
The Law Offices of Nasser U. Abujbarah
7025 E. McDowell Road, Ste. 9
Phoenix, Arizona 85257

I, Nasser Abujbarah, hereby certify that a copy of this Notice, the Proposed Order Approving Disclosure Statement and Setting Hearing on Confirmation, the approved Disclosure Statement, and ballots have been mailed to Debtors' entire mailing matrix and the United States Trustee.