# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | MICHAEL S DONOHUE |
| **Case Number:** | 2:10-BK-02446-RTB    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 16, 2011 01:30 PM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | LORRAINE DAVIS |
| **Reporter / ECR:** | ANNETTE AGUILAR |

### Matter:

HEARING ON CONFIRMATION OF PLAN FILED BY DEBTORS

**R / M #:** 42 / 0

### Appearances:

NASSER U. ABUJBARAH, ATTORNEY FOR MICHAEL S DONOHUE

### Proceedings:

Counsel advises the ADOR issues have been resolved and will be incorporated into the stipulated confirmation order. He reviews the agreement reached with Wells Fargo.

COURT:  IT IS ORDERED taking this matter under advisement.  The court will review the stipulated order when lodged.

cc: Gloria/Jim
    Under Advisement