**SO ORDERED.**

Dated: April 07, 2011



_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

Nasser U. Abujbarah (026182)
The Law Offices of Nasser U. Abujbarah
7025 E. McDowell Rd, Ste 9
Scottsdale, Arizona 85257
Office: (480) 776-6846
Fax: (480) 776-6847
Email: nualegal@yahoo.com

*Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Michael S. Donohue<br><br>Debtors. | Case No.<br>2:10-bk-02446-RTB<br><br>**STIPULATED ORDER CONFIRMING CHAPTER 11 PLAN** |

The Plan of Reorganization under Chapter 11 of the Bankruptcy Code filed by Debtor MICHAEL DONOHUE, dated December 10, 2010, having been transmitted to creditors and equity security holders;

The Debtors' Plan of Reorganization shall be amended as follows to resolve any outstanding objections as follows:

With respect to Class 1-C, The Arizona Department of Revenue's claim for state taxes shall be treated as follows:

- ADOR claim will be paid in full, plus statutory interest of 4%, In monthly payments, in the amount of $393.77, beginning thirty (30) days after the Confirmation Date and continuing on the first day each month thereafter.
- ADOR general unsecured claim will be paid along with other general unsecured claims.
- ADOR claims are not discharged until the court grants a discharge upon completion of all payments under the plan.

- Debtor will file his 2009 income tax return within thirty days.

With respect to Class 2-F secured creditor Wells Fargo (20278 N. 51a Run, Glendale, AZ), shall be paid in accordance with the stipulation approved with the Court, (docket #'s 53 and 54), which Order Regarding Avoidance of Junior Liens Held By Wells Fargo Bank, N.A. is incorporated herein by this reference. More specifically, Wells Fargo shall be treated wholly unsecured and receive a pro-rata distribution out of the Class 3-A funds. Once Debtors complete their Class 3-A payments and receive a Final Decree and Discharge, Wells Fargo shall cause to be recorded a reconveyance of the deed of trust and the lien will be officially avoided.

With respect to Class 3, unsecured creditors (including the new unsecured debts created by the bifurcations in the plan) will receive a pro-rata share totaling $39,757.

It having been determined after hearing on notice that the requirements for confirmation set forth in 11 USC § 1129(a) have been satisfied;

IT IS ORDERED that:

The Chapter 11 Plan filed by Debtors Michael Donohue on December 10, 2010 and modified herein is confirmed.

SIGNED AND DATED ABOVE

| | |
|---|---|
| 1 | _/s/ April Theis_____ |
| 2 | April Theis |
| | Attorney for ADOR |
| 3 | |
| 4 | |
| 5 | _____ |
| | Janessa Koenig |
| 6 | Attorney for Wells Fargo |

1

2  _____
   April Theis
3  Attorney for ADOR

4

5  _____Janessa_____ 3/18/11
   Janessa Koenig
6  Attorney for Wells Fargo

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3